**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6401**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEWIS FALLS, a/k/a Robert Falls,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge.
(CR-93-5, CA-96-945-R)

---

Submitted: October 20, 1997          Decided: October 29, 1997

---

Before HALL and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Lewis Falls, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Falls seeks to appeal the district court's order and order on reconsideration denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Falls, Nos. CR-93-5; CA-96-945-R (W.D. Va. Feb. 18, 1997; Jan. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2